# Court of Appeals
# of the State of Georgia

ATLANTA,  October 17, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0119. SANDIP KOTHARI v. DUNWOODY LAKES CONDOMINIUM ASSOCIATION, INC.

This case began when plaintiff Dunwoody Lakes Condominium Association, Inc., filed a "Verified Complaint for Judicial Foreclosure of Lien and Damages" against defendant Sandip Kothari in December 2024. On August 29, 2025, the trial court entered a "Final Order and Judgment" in which it: (i) granted Dunwoody Lakes's motion for a default judgment; (ii) entered a total final judgment against Kothari in the amount of $5,698.95; and (iii) ruled that Dunwoody Lakes may foreclose a statutory lien as to the property at issue here. On Monday, September 29, 2025, Kothari filed this timely application for discretionary review, seeking to appeal the August 29 order. See OCGA § 5-6-35(d) (an application for discretionary review must be filed within 30 days of entry of the order sought to be appealed).

An appeal in an action for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011). Here, although the trial court awarded less than $10,000 in damages, this appeal is not subject to the discretionary appeal statute because the underlying action also sought — and the trial court granted — judicial foreclosure of a lien. See *Adewumi v. Amelia Grove/Ashland Park Homeowners Ass'n*, 337 Ga. App. 275, 276–77 (1) (787 SE2d 761) (2016).

Under OCGA § 5-6-35(j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). Accordingly, this application is hereby GRANTED. Kothari shall have ten days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35(g). If Kothari has already filed a notice of appeal in the trial court, then he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __10/17/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*